**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


**To: Chris Daniel**                                    **February 11, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-10-01068-CR | Hardy Smith v The State of Texas | 1055262 |
|---|---|---|
| | State's Exhibit 4, a CD | |


Received by: _____

Received on: _____